**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED
JUN 22 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Cord E. Harris

(Enter above the full name of the plaintiff or plaintiffs in this action)

1:18-cv-04342
Judge Andrea R. Wood
Magistrate Judge Sidney I. Schenkier
PC4

vs.

Warden Randy Pfister
Counselor Williams
Parole Agent John Doe #1
Parole Agent John Doe #2
Parole Agent John Doe #3
Parole Agent John Doe #4
Field Service Bruce Falkner
Field Service Smith
Placement Officer John Doe
Parole Hearing Officer Jane Doe (Preliminary)
Parole Hearing Investigator Jane Doe
Parole Agent Hurbert
Matthew A. Lukow
Records Supervisor Jane Doe #1
Records Supervisor Jane Doe #2
Chief of Parole Officer Ortiz

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

___    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

✓    **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

A. Name: Cord E. Harris

B. List all aliases: none

C. Prisoner identification number: N80459

D. Place of present confinement: Stateville NRC

E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Randy Pfister
   Title: Warden
   Place of Employment: Stateville Corr. Ctr.

B. Defendant: Ms. Williams
   Title: Counselor
   Place of Employment: Stateville Corr Ctr.

C. Defendant: Parole Agents John Doe #1,2,3,4
   Title: Parole Agent
   Place of Employment: State of Illinois

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2 — A
   B
   C

Revised 9/2007

Page 2

D. Defendant: Records Supervisor Jane Doe
Title: Correctional Supervisor
Place of Employment: Stateville Correctional Ctr.

E. Defendant: Domenick
Title: field Service counselor
Place of Employment: Stateville Corr. Ctr.

F. Defendant: Mr. Smith
Title: field Service counselor
Place of Employment: Danville Corr. Ctr.

G. Defendant: Mr. Hurburt
Title: Parole agent
Place of Employment: State of Illinois

H. Defendant: Placement Officer John Doe
Title: Placement Officer
Place of Employment: Stateville Corr. Ctr.

I. Defendant: Hearing Officer Jane Doe
Title: Parole Preliminary Hearing Officer
Place of Employment: Illinois Department of Corrections

(J) Defendant: Investigator Jane Doe
Title: Parole Preliminary Investigator
Place of Employment: Illinois Department of Corrections

(K) Defendant: Matthew A. Lukow
Title: Parole Supervisor
Place of Employment: State of Illinois

(L) Defendant: Chief of Parole John Doe
Title: Chief of Parole
Place of Employment: State of Illinois

(M) Defendant: Officer Ortiz
Title: Correctional Officer
Place of Employment: Stateville Corr. Ctr.

(N) Defendant: Counselor Williams
Title: Counselor
Place of Employment: Stateville Corr. Ctr.

(O) Defendant: Bruce Falkner
Title: Field Service
Place of Employment: Stateville Corr. Ctr.

(P) Defendant: Records Office Supervisor Jane Doe
Title: Records Supervisor
Place of Employment: Danville Corr. Ctr.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Unknown 2014, 2015, 2016

B. Approximate date of filing lawsuit: 2014, 2015, 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Cord E. Harris

D. List all defendants: Officer Carer, Detective Ryan Ruthenberg, Cook County, City of Streamwood

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District 219 S. Dearborn

F. Name of judge to whom case was assigned: Cole, Unknown

G. Basic claim made: Deliberate indifference's failer to protect, Battery,

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed, and settlement.

I. Approximate date of disposition: 2015

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved. including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

December 29th 2011 I was arrested for Aggravated Domestic Battery, felony Violation Of Order of Protection. (V.O.O.P.) November 5th 2016 I plead guilty to the V.O.O.P. for three (3) years, at 50% and was credited only 968 days of actual custody, Jail time toward the case. November 6th I was shipped to Stateville NRC I.D.O.C. for what was suppose to have been a immediate turn around and release. During the process in and what was suppose to have been process out. I was order to see counselor Jane Doe. Counselor Jane Doe then wispered to me that a call from the state's Attorney was recieved on me. That Officals there at Stateville were not going to let me leave. That they, in fact, plan to keep me there in Segregation Lock down for the next two years or until August of 2018. At that point, for some inexplicable reason I was removed from

4

the "GO-HOME" group and told that I was in violation of my parole. I asked, how could that be and I haven't even been released on parole yet. Parole agent John Doe #1 falsified a report to obtain a warrant for my arrest and violation of my parole. I was then take to a segregated housing unit (SHU) and held there for seven months. During which time I was take before a preliminary Review Parole Revocation Hearing panel consisting of one hearing Officer and one investigator A.K.A. Hearing Officer Jane Doe #1, and Investigator Jane Doe #1. This pair read my violation report, and made a ruling of probable cause for reasons "not" a prerequisite for the approval or denial of a host site of parole. furthermore the reason of "my name not being on the lease", was not the reasons presented on the violation report, this act caused me to be thrown back into the (SHU) pending more review from the Parole Board. A week or more I was brought before the Parole Board therein my parole was restored pending approval of

Revised 9/2007

my host site. I was told my host site of 1123 North Central ave. It has denied time after time for false reasons ranging from "dogs, to, too many people living there." Although there's only three (3) adults and one child Living in a five bedroom home. Furthermore no agent ever went to the home for a walk-through or talk to any occupant of 1123 N Central ave. at that time. All the while, I'm still Lock-up in the "SHU". Finally after Checking with Counselor "Williams," as to why haven't I been shipped Like so many others. She informed me that, To be transfered is not up to me. I then requested of her that, may I be transfered. She then informed me "NO". I then informed her that I was receiving "State pay" unlike others in the (SHU) and that I was receiving other items marked (MSU) minimum security Unit. She the informed me that "I'm not a MSU inmate. And will not be shipped. This I found to be there way of keeping me here in the SHU. After that conversation with Ms. Williams, the State pay stopped and the MSU Label was removed. Approximately around the end of April 2017, I was able to stop a Major, and pleaed my case to him of being denied my host site repeatiedly and being held in the SHU

DB

for seven months. He did not believe me. However after checking. That day I went home. to 1123 N. Central ave. After two months no parole Agent came to the house. I had to get medication and insurence. Plus, I needed a way to buy food so I left the house and applied for medical care. And looked for work. At some time during the two month a new false report was made and warrant was issued for my arrest and I was return to Stateville NRC. At that time, which was Approx. June 1st or May 31st of 2017 after being processed back in and given cain/crotch permit, along with a "A.D.A" Low gallery Low bunk medical papers, I was placed properly in the (SHU). The next day I was removed from that cell and forced to walk up stairs carrying a mattress and beddings and thrown in a third floor cell. Moments later a inmate was brought to the cell where he immediately stripped naked and start yelling sexual threats at me and other inmates held on that unit of the "shu" I was then served new parole violation notice by Officer Wilson where this inmate then made threats of bodily harm towards her as well. I then tucked myself under my blanket in the corner of the cell. Hours later a Major and several other Officer came

5C

to the cell and removed me from there. And placed me back on the bottom gallery bottom bunk according to A.D.A. rules and laws. Soon after that Appox. October I was shipped to Danville Correctional Center. Where the abuse and harrassment continued. More false reasons for denying my host site to the point where field service Superviser Smith refuse to resubmitte my house for concideration. I then requested halfway housing. At which point he informed me that he do not send people with Domestics to halfway housing. During this back and forth denials my mother died. Counselor over Housing Unit 4 did not inform me that she passed away nor did Office personal inform me even after my family repeatly tried to contact me throw the proper roughts. The next day I was released. Only to be brought back by parole agents that continue to over step the bounderies by falsifing reports and using IDOC as there personal prison system. Now I'm here once more and is in great fear of my life. Staff has shown in more then one occassion that they will stupp to no end in directing bodily harm on me. Stateville Records Superviser

5D

has taken it upon herself to Doctor my time credit and made it appear that I am still serving parole time for the V.C.O.P. By doing so, I am kept under Intence Parole and forced to wear a GPS monitor with house arrest for the duration of the Parole. By starting the parole years after the term ended in 2013. Which brings me to this final false report generated against me to this date of May 30th 2018. After yet another warrant and arrest. I was brought back here to Stateville (SHU) In which although I was given A.D.A. Permits to have a crutch. It was taken from me numerously by Officer Ortiz 11/3 shift f-Unit. I went before a Preliminary Hearing Officer Name Kevin Byrine. He found no probable cause on all conditions of the report with a order to be released immediately to my previous host site I was removed from at 1123 N. Central ave. Apparently I was released on paper only. Because I was never move from my "SHU" cell. Instead, I was served a new false report and warrant claiming I never gave a site to be parole to. when everything clearly say return to site. Parole agent Hurbert made a false report of saying he went to 1123 N.Central and my fiance Linda Ward and Her Brother Ricky Ward said, I Can't come there. This is round 3 of more lies. Because Linda and Her Brother told me that they are Lying and never came or called.

(5 E)

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

500,000.00 Compencitory Damage
5,000,000 Punitive Damage
Injunctive Relief in the form of a court order mandating the immediate release of Cord Harris and the correct aplication of the sentencing Law 730 ILCS 1/5-8-7 3(3) on how it applies to the two cases for which I Cord Harris is helden

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 13th day of June, 20 18

_____
(Signature of plaintiff or plaintiffs)

Cord E. Harris
(Print name)

N80459
(I.D. Number)

Stateville Corr. Ctr.
P.O. Box 112
Joliet Illinois 60434
(Address)

6

Revised 9/2007

Cord E. Harris
N80409
Stateville N.R.C.
P.O. Box 112
Joliet IL. 60434

1:18-cv-04342
Judge Andrea R. Wood
Magistrate Judge Sidney I. Schenkier
PC4

Prisoner Correspondent
United States District Court
219 S. Dearborn Street
Chicago IL. 60604

06/22/2018-4

IDOC INMATE
LEGAL MAIL

ZIP 60403
02 1W
0001394077 JUN 18 2018
U.S. POSTAGE >> PITNEY BOWES
$ 002.68

RECEIVED
2018 JUN 22 AM 8:55